1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE CEMENT
MASONS & PLASTERERS HEALTH &
WELFARE TRUST, *et al.*,

                Plaintiffs,

      v.

O-CO CONCRETE CONSTRUCTION, LLC,

          Defendant/Judgment Debtor,

    and

MILES RESOURCES LLC,

            Garnishee.

Cause No. MC22-0089RSL

ORDER TO ISSUE WRIT OF
GARNISHMENT

      This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment"
for property in which the defendant/judgment debtor, O-Co Concrete Construction LLC, has a
substantial nonexempt interest and which may be in the possession, custody, or control of the
garnishee, Miles Resources LLC. The Court having reviewed the record in this matter, it is
hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2)
submitted by plaintiffs' counsel on October 13, 2022.

      Dated this 18th day of October, 2022.

                                    _Mrt S Lasnik_
                                 Robert S. Lasnik
                                 United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1