# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST et al., <br><br>     Plaintiff, <br> v. <br><br>O-CO CONCRETE CONSTRUCTION LLC, <br><br>     Defendant, <br> v. <br><br>MILES RESOURCES, LLC, <br><br>     Garnishee-Defendant. | **JUDGMENT IN A MISCELLANEOUS CASE** <br><br>CASE NUMBER 2:22-mc-00089-LK |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 Judgment is entered in favor of the Plaintiffs/Judgment Creditors and against the Garnishee-Defendant Miles Resources, LLC in the sum of $7,711.74, such funds to be first applied in satisfaction of the costs taxable herein. Judgment is entered in favor of the Plaintiffs/Judgment Creditors against the Defendant/Judgment Debtor O-Co Concrete Construction, LLC for costs in this garnishment action in the sum of $134.36. Judgments shall bear interest at 12 percent per annum from the date of entry of default judgment.

 Dated March 4, 2024.

                 Ravi Subramanian
                 Clerk of Court

                 */s/Natalie Wood*
                 Deputy Clerk